IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL BACA,

    Plaintiff,

v.                                                        No. CV 14-0800 WJ/WPL

WARDEN BRAVO,
DEPUTY WARDEN ULIBARRI,
GREGG MARCANTEL, SEC. OF CORR.,

    Defendants.

## ORDER TO CURE DEFICIENCY

The Clerk issued notice and waiver of service forms, with copies of Plaintiff's complaint, for Defendants Bravo and Ulibarri (Doc. 23). The forms were returned to the Court undelivered (Doc. 28). The Corrections Department website indicates that neither of these Defendants is currently employed at Guadalupe County Correctional Facility. Because service has not been waived or effected, Plaintiff is directed to **file a response to this order providing current addresses for serving Defendants Bravo and Ulibarri**. Failure to timely cure the designated deficiency may result in dismissal of Plaintiff's claims against these Defendants without prejudice without further notice.

Furthermore, because no Defendant has yet been served with process, Plaintiff's discovery motions (Docs. 21, 32), which likewise fail to indicate service, will be denied without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's discovery motions (Docs. 21, 32) are DENIED without prejudice at this time; and, within thirty (30) days from entry of this order, Plaintiff shall cure the deficiencies designated above.

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE